**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 140 MM 2015
                 :
          Respondent  :
                 :
                 :
                 :
         v.          :
                 :
                 :
JASON KOKINDA,         :
                 :
          Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Application for Exercise of King's Bench or Extraordinary Jurisdiction, the Application to Recuse, the Application to Waive Service Requirements, and the Application for Immediate Hearing are **DENIED**.